## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

ST. PAUL FIRE & MARINE INSURANCE )
COMPANY, )
)
    Plaintiff, )
)
v. )    **Case No. 3:07-cv-39**
)    **Phillips/Shirley**
T.U. PARKS CONSTRUCTION CO., )
SUNTRUST BANK, and LOVEMANS )
ON MARKET, LLC., )
)
    Defendants. )

## JUDGEMENT ORDER

This case came before the Court on motions to dismiss by defendants, T.U. Parks Construction Company and Lovemans on Market, LLC. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff, St. Paul Fire & Marine Insurance, take nothing, that the action be **DISMISSED WITHOUT PREJUDICE subject to refiling if and when the matter is ripe for consideration**, and that the defendants recover of the plaintiff their costs of this action.

Dated at Knoxville, Tennessee, this _____ day of_____, 2007.


      _____s/ Patricia L. McNutt_____
          Clerk of Court